**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7228**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLYDE MICHAEL LEE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-97-186-A, CA-00-978-AM)

———————

Submitted:  May 15, 2001                 Decided:  June 28, 2001

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Clyde Michael Lee, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clyde Michael Lee seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Lee</u>, Nos. CR-97-186-A; CA-00-978-AM (E.D. Va. Aug. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001), that resentencing pursuant to a Fed. R. Crim. P. 35 motion does not toll § 2255's limitations period. Accordingly, Lee's claim that he has timely filed fails.